**Order filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00829-CV

———————

**JOSHUA MORALES, Appellant**

**V.**

**NEOMI FERNANDEZ, Appellee**

### On Appeal from the 257th District Court
### Harris County, Texas
### Trial Court Cause No. 2004-28324

## O R D E R

Appellant's brief was due March 23, 2012. No brief or motion for extension of time was filed.

Unless appellant files his brief with the Clerk of this court on or before **May 7, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM